IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

XERONA McGRATH, et al.,

Defendants.

No. 2:25-cv-1376-DC-DMC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 11, 14)

Plaintiff, which is proceeding with retained counsel, brings this interpleader action pursuant to Federal Rule of Civil Procedure 22 and 28 U.S.C. § 1335. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 16, 2026, the magistrate judge filed findings and recommendations herein, which were served on the parties and contained notice that the parties may file objections within the time specified therein. ECF No. 14. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed April 16, 2026, ECF No. 14, are

ADOPTED;

2. Plaintiff's motion for default judgment, ECF No. 11, is GRANTED;

3. Plaintiff is directed to deposit the life insurance proceeds in the amount of $390,000.00 into the court's registry consistent with the requirements of Federal Rule of Civil Procedure 67 and Eastern District of California Local Rule 150;

4. Upon proper deposit of funds, Plaintiff will be discharged from any liability under the subject life insurance policy;

5. Upon proper deposit of funds, Plaintiff will be dismissed from this action with prejudice; and

6. Upon proper deposit of funds, Defendant Xerona McGrath shall make appropriate application to the District Judge for disbursement of funds consistent with Local Rule 150.

IT IS SO ORDERED.

Dated: **July 22, 2026**

Dena Coggins
United States District Judge